No. 2372. — EL PUEBLO, APLDO., *v.* PÉREZ, APLTE. — C. D. Arecibo. Feb. 3, 1925. Habiendo él apelante alegado la insuficiencia de la prueba y apareciendo ciertamente dicha in-

suficiencia de la misma transcripción, estando además el fiscal conforme con la revocación por tal motivo, *se revoca la sentencia y absuelve al acusado.*